MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Email: Julie.Cummings@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE AGUILAR HERRERA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:24-cv-3552-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff and Defendant, the Commissioner of Social Security, through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will direct the administrative law judge to develop the record as necessary; provide the claimant an opportunity to submit additional evidence in support of her claim and an opportunity for a hearing; and issue a new decision

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED April 8, 2025.                    Respectfully submitted,

Law Offices of Francesco Benevides

By:   s/ Francesco Paulo Benavides
      FRANCESCO PAULO BENAVIDES
      Attorney for Plaintiff
      (By email authorization)

MICHELE BECKWITH
Acting United States Attorney

By:   s/ *Julie A.K. Cummings*
      JULIE A.K. CUMMINGS
      Special Assistant United States Attorney
      Office of Program Litigation, Office 7

Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).  Plaintiff's motion for summary judgment, ECF No. 10, is denied as moot.

IT IS SO ORDERED.

Dated:    April 8, 2025                     _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE